## **VERIFICATION**

STATE OF FLORIDA                  )

                                         )

COUNTY OF MIAMI- DADE      )

I, Aharon Diveroli, as Manager of Kingbird Ventures, LLC, under penalties of perjury, declare that I have read the foregoing Verified Complaint and know its contents. The facts stated in the Verified Complaint are true, except as to matters stated to be upon information and belief, and as to those matters, I believe them to be true. The basis for this verification is my personal knowledge, investigation into the subject matter of this action, and my review of relevant documentation.

My name is Aharon Diveroli, my date of birth is November 15, 1996, and my business address is 848 Brickell Avenue, Suite PH5, Miami, Florida 33131, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Miami-Dade County, State of Florida, on the 24th day of June, 2026.

AHARON DIVEROLI
Chief Investment Officer
Kingbird Ventures LLC