# **<u>Exhibit A</u>**

 Nasdaq

# Nasdaq Halts Inno Holdings Inc.

**PUBLISHED**

JUN 11, 2026 9:00AM EDT

   

NEW YORK, June 11, 2026 (GLOBE NEWSWIRE) -- The Nasdaq Stock Market® (Nasdaq: NDAQ) announced that trading is halted in Inno Holdings Inc. (Nasdaq: INHD) for additional information requested from the company. Nasdaq halted INHD at 17:18:58 on June 8, 2026; the last closing price of the company's common stock was $39.49.

Trading will remain halted until Inno Holdings Inc. has fully satisfied Nasdaq's request for additional information.

For news and additional information about the company, please contact the company directly or check under the company's symbol using InfoQuotesSM on the Nasdaq® Web site.

For more information about The Nasdaq Stock Market, visit the Nasdaq Web site at *http://www.nasdaq.com*.

**Nasdaq Contact:**

Nasdaq MarketWatch nasdaqmarketwatch@nasdaq.com

**NDAQO**



Source: Nasdaq, Inc.

*The views and opinions expressed herein are the views and opinions of the author and do not necessarily reflect those of Nasdaq, Inc.*

IN THIS STORY





MY QUOTES

EXHIBIT A