# **<u>Exhibit B</u>**



**Home**

| U.S. Market | Trading Products | Market Data | Connectivity | Regulation | Market Statistics | News | Support | Product Login |



## Reg SHO Threshold List

### REG SHO Overview

As defined in Rule 203(c)(6) of Regulation SHO, a "threshold security" is any equity security of any issuer that is registered under Section 12 of the Exchange Act, or that is required to file reports under Section 15(d) of the Exchange Act (commonly referred to as reporting securities), where, for five consecutive settlement days:

- There are aggregate fails to deliver at a registered clearing agency of 10,000 shares or more per security;
- The level of fails is equal to at least one-half of one percent of the issuer's total shares outstanding; and
- The security is included on a list published by a self-regulatory organization (SRO).

A security ceases to be a threshold security if it does not exceed the specified level of fails for five consecutive settlement days.

### Market Category Counts

| NASDAQ (Q,G,S) |
| --- |
| 77 |

### File Download

| Trade Date | Download Link | File Creation Timestamp |
| --- | --- | --- |
| **Tuesday, June 23, 2026** | | 6/23/2026 11:00:23 PM |

### Threshold Security List

| Symbol | Security Name | Market Category | Reg SHO Threshold Flag | Rule 3210 |
| --- | --- | --- | --- | --- |
| AAPD | DIREXION SHS ETF TR DAILY AAPL | G | Y | N |
| ADTX | ADITXT INC COM NEW APRIL 2026 | S | Y | N |
| AMDD | DIREXION SHS ETF TR DAILY AMD | G | Y | N |
| AMPG | AMPLITECH GROUP INC. COM NEW | S | Y | N |
| AMZD | DIREXION SHS ETF TR DAILY AMZN | G | Y | N |
| ANY | SPHERE 3D CORP NEW COM NEW 202 | S | Y | N |
| ASBP | ASPIRE BIOPHARMA HLDGS INC COM | S | Y | N |
| AVAT | AVALANCHE TREAS CORP CL A | S | Y | N |
| AVGX | TIDAL TR II DEFIANCE DAILY TAR | G | Y | N |
| AVS | DIREXION SHS ETF TR DAILY AVGO | G | Y | N |
| AZI | AUTOZI INTERNET TECH GLOBAL LT | S | Y | N |
| BJDX | BLUEJAY DIAGNOSTICS INC COM PA | S | Y | N |
| BMNG | THEMES ETF TR LEVERAGE SHS 2X | G | Y | N |
| BNZI | BANZAI INTL INC COM PAR CL A $ | S | Y | N |
| BTTC | BLACK TITAN CORP USD ORD SHS ( | S | Y | N |
| BYAH | PARK HA BIOLOGICAL TECH CO. LT | S | Y | N |
| CAST | FREECAST INC CL A | G | Y | N |
| CIIT | TIANCI INTL INC COM PAR $0.000 | S | Y | N |
| CMND | CLEARMIND MEDICINE INC COM NO | S | Y | N |

EXHIBIT B

| CRMG | THEMES ETF TR LEVERAGE SHS 2X | G | Y | N |
|------|-------------------------------|---|---|---|
| CRVO | CERVOMED INC COM | S | Y | N |
| CUPR | CUPRINA HLDGS (CAYMAN) LTD CL | S | Y | N |
| ELTX | ELICIO THERAPEUTICS INC COM | S | Y | N |
| FABC | FABRIC.AI, INC. COMMON STOCK | S | Y | N |
| FGMC | FG MERGER II CORP COM | G | Y | N |
| GGLS | DIREXION SHS ETF TR DAILY GOOG | G | Y | N |
| GLXG | GALAXY PAYROLL GROUP LTD USD C | S | Y | N |
| HKIT | HITEK GLOBAL INC CL A ORD SHS | S | Y | N |
| HQ | HORIZON QUANTUM HLDGS LTD SHS | S | Y | N |
| HUBC | HUB CYBER SEC LTD SHS NEW 2026 | S | Y | N |
| INHD | INNO HLDGS INC COM NO PAR NEW | S | Y | N |
| IONZ | TIDAL TR II DEFIANCE DAILY TAR | G | Y | N |
| JFB | JFB CONSTR HLDGS CL A | S | Y | N |
| KITT | NAUTICUS ROBOTICS, INC. COM PA | S | Y | N |
| LASE | LASER PHOTONICS CORP COM (DE) | S | Y | N |
| LGHL | LION GROUP HLDG LTD ADR NEW 20 | S | Y | N |
| MNTS | MOMENTUS INC CL A PAR $0.00001 | S | Y | N |
| MPG | THEMES ETF TR LEVERAGE SHARES | G | Y | N |
| MSS | MAISON SOLUTIONS INC CL A COM | S | Y | N |
| MSTX | TIDAL TR II DEFIANCE DAILY TAR | G | Y | N |
| MTEN | MINGTENG INTL CORP INC CL A OR | S | Y | N |
| MUD | DIREXION SHS ETF TR DAILY MU B | G | Y | N |
| NOWL | GRANITESHARES ETF TR 2X LONG N | G | Y | N |
| NTCL | NETCLASS TECHNOLOGY INC USD CL | S | Y | N |
| NVD | GRANITESHARES ETF TR 2X SHORT | G | Y | N |
| OKLL | TIDAL TR II DEFIANCE DAILY TAR | G | Y | N |
| ONCO | ONCONETIX INC COM PAR $0.00001 | S | Y | N |
| PCLA | PICOCELA INC ADS NEW (JPN) | S | Y | N |
| QBTZ | TIDAL TR II DEFIANCE DAILY TAR | G | Y | N |
| RCAX | TIDAL TR II DEFIANCE DAILY TAR | G | Y | N |
| RGTIW | RIGETTI COMPUTING INC WT EXP ( | S | Y | N |
| RGTX | TIDAL TR II DEFIANCE DAILY TAR | G | Y | N |
| RGTZ | TIDAL TR II DEFIANCE DAILY TAR | G | Y | N |
| RKLX | TIDAL TR II DEFIANCE DAILY TAR | G | Y | N |
| RKLZ | TIDAL TR II DEFIANCE DILY TARG | G | Y | N |
| SCAG | SCAGE FUTURE SPONSORED ADSM (C | G | Y | N |
| SDOT | SADOT GROUP INC COM PAR $ NEW | S | Y | N |
| SLXN | SILEXION THERAPEUTICS CORP ORD | S | Y | N |
| SMCX | TIDAL TR II DEFIANCE DAILY TAR | G | Y | N |
| SMCZ | TIDAL TR II DEFIANCE DAILY TAR | G | Y | N |
| SMST | TIDAL TR II DEFIANCE DAILY TAR | G | Y | N |

EXHIBIT B

Regulation SHO Threshold Security List

| SPWR | SUNPOWER INC COM (DE) | G | Y | N |
|------|----------------------|---|---|---|
| SQQQ | PROSHARES TR ULTRAPRO SHORT QQ | G | Y | N |
| STI | SOLIDION TECHNOLOGY INC COM NE | S | Y | N |
| TSDD | GRANITESHARES ETF TR 2X SHORT | G | Y | N |
| TSLG | THEMES ETF TR LEVERAGE SHARES | G | Y | N |
| TUR | ISHARES MSCI TURKEY ETF | G | Y | N |
| TURB | TURBO ENERGY S A SPONSORED ADR | S | Y | N |
| UBXG | U-BX TECHNOLOGY LTD. CLASS A O | S | Y | N |
| UECG | THEMES ETF TR LEVERAGE SHS 2X | G | Y | N |
| UNHG | THEMES ETF TR LEVERAGE SHS 2X | G | Y | N |
| UTHY | RBB FD INC US TREASURY 30 YEAR | G | Y | N |
| VSME | VS MEDIA HLDGS LTD CL A ORD SH | S | Y | N |
| WYHG | WING YIP FOOD HLDGS GROUP LTD | S | Y | N |
| YMAT | J-STAR HLDG CO LTD USD CL A OR | S | Y | N |
| YMT | YIMUTIAN INC SPONSORED ADR (CY | G | Y | N |
| YYGH | YY GROUP HOLDING LIMITED CLASS | S | Y | N |

Effective Monday, November 17, 2014, the Regulation SHO Threshold List for OTC Equities (i.e. OTCBB and Other OTC) will no longer be available on NasdaqTrader.com. From that date forward, it will be available only on the **OTC Reporting Facility (ORF) pages** of FINRA.org.

Historical Reg SHO Threshold Lists for OTC Equities will continue to be available on NasdaqTrader.com for dates prior to November 17, 2014.

This change does not affect the Reg SHO Threshold list for Nasdaq markets which will continue to be displayed on NasdaqTrader.com.

Questions regarding this notice can be directed to FINRA Operations at (866) 776-0800.

**Nasdaq Trader Popular Sections:**
**Performance Statistics**
**Email Sign-Up**

**© Copyright**
**Disclaimer**
**Trademarks**
**Privacy Statement**
**Contact Us**
**Help**
**Feedback**
**Share**

EXHIBIT B