United States District Court
Southern District of Texas
**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

KINGBIRD VENTURES, LLC, §
*Plaintiff,* §
§
V. § CIVIL ACTION NO. 4:26-CV-5000
§
INNO HOLDINGS, INC., ET AL., §
*Defendants.* §
§

## ORDER

On June 25, 2026, the District Judge granted Plaintiff's Application for a TRO in this securities fraud case and referred the case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 6; ECF 7. The Court will hear argument on Defendants' Emergency Motion to Modify the TRO on July 7, 2027. ECF 9; ECF 12. Now before the Court is Plaintiff's Emergency Motion to Shorten Time for Defendant Inno Holdings Inc. to Respond to Plaintiff's First Discovery Requests. ECF 21.

The Court finds good cause under Federal Rules of Civil Procedure 26(d)(3) and 33(b)(4) to allow the parties to engage in discovery prior to their Rule 26(f) conference and to shorten the usual 30-day period for discovery responses because Plaintiff is seeking expedited injunctive relief. It is therefore

ORDERED that Plaintiff's Motion (ECF 21) is GRANTED. It is further

ORDERED that Plaintiff may serve the First Set of Interrogatories and Requests for Production in the form attached the Motion.  It is further

ORDERED that Defendant Inno Holdings, Inc. shall serve its responses to Plaintiff's discovery requests within seven days of service.  It is further

ORDERED that all discovery responses will be governed by any Protective Order entered in this case.

Signed on July 02, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge