# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Kingbird Ventures LLC

vs.

Inno Holdings Inc. et al.

§
§ CASE NO. 4:26-CV-5000
§
§
§ **CHRISTINA A. BRYAN**
§ JUDGE
§
§ **Melissa Morgan-Faircloth**
§ COURTROOM CLERK          COURT REPORTER
§
§ Motion Hearing on July

EXHIBIT LIST OF PLAINTIFF

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1 | INNO Holdings Inc. Form 10Q – Q Ending 3/31/2026 | | | | |
| 2 | INNO Holdings Inc. Form 10-K FY Ending 9/30/2025 | | | | |
| 3 | INNO Holdings Inc. Form S-3 | | | | |
| 4 | INNO Holdings Inc. Schedule 13D | | | | |
| 5 | Stock Transfer Agreement Dated 5/31/2024 Between West Lake Club Inc. and Dekui Liu | | | | |
| 6 | Securities Purchase Agreement Between Between West Lake Club Inc. and Dekui Liu | | | | |
| 7 | Letter from West Lake Club Inc. to SEC re 13D | | | | |
| 8 | EDGAR Filing dated 2/25/2025 from Ding Wei, CEO | | | | |
| 9 | INNO Holdings Inc. Form S-8 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 10 | INNO Holdings Inc. Form 10Q – Q Ending 3/31/2026 | | | | |
| 11 | At the Market ("ATM") Sales Agreement Dated 5/15/2026 | | | | |
| 12 | INNO Holdings Inc. Prospectus Supplement Dated 5/15/2026 | | | | |
| 13 | Email from members of Diveroli Investment Group to Huan Lou dated 6/12/2026 | | | | |
| 14 | Summary Chart of T-12 Halts | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |

**DYKEMA GOSSETT PLLC**

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Florida Bar No. 0193968
Texas Bar No. 24151965
SDTX Federal Bar No. 3934304
Attorney in Charge for Plaintiff
1717 Main Street, Suite 4200
Dallas, Texas 75201
T: (214) 462-6400/ F: (214) 462-6401
TEggers@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, a true and correct copy of the foregoing document was transmitted via the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS