**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KINGBIRD VENTURES, LLC, | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 4:26-CV-5000 |
| v. | § | |
| | § | |
| INNO HOLDINGS, INC., ET AL., | § | |
| *Defendants.* | § | |

**PLAINTIFF'S EXHIBIT 13**

| | |
|---|---|
| **From:** | Efraim Diveroli <ed@investdig.com> |
| **Sent:** | Tuesday, July 7, 2026 3:43 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | Fwd: Meeting Request - Securities Attorney |

**CAUTION: External Sender**
Verify sender before opening links or files

Report Suspicious

Sent from my iPhone

Begin forwarded message:

> **From:** "Lou, Huan" <hlou@mccarter.com>
> **Date:** June 12, 2026 at 5:12:15 PM CDT
> **To:** Frank Stagg <fs@investdig.com>
> **Cc:** Aharon Diveroli <ad@investdig.com>, Efraim Diveroli <ed@investdig.com>, Robert Miley <rm@investdig.com>
> **Subject: RE: Meeting Request - Securities Attorney**

Hi Frank and Aharon,

Thank you for taking the time to discuss with and/or write me your situation and for your willingness to consider our law firm's representation of your family office.
After careful consideration and internal discussion, I have regretfully decided not to proceed with the legal representation opportunity at this time.

Best regards,

Huan

**From:** Frank Stagg <fs@investdig.com>
**Sent:** Friday, June 12, 2026 10:50 AM
**To:** Lou, Huan <hlou@mccarter.com>
**Cc:** Aharon Diveroli <ad@investdig.com>; Efraim Diveroli <ed@investdig.com>; Robert Miley <rm@investdig.com>
**Subject:** Meeting Request - Securities Attorney

1

**<span style="color:red">EXTERNAL EMAIL | STOP | VERIFY | REPORT</span>**

---

Good morning,

I was referred to you regarding an urgent securities matter involving Kingbird Ventures LLC.

Kingbird established a short position in Inno Holdings (NASDAQ: INHD) shortly before Nasdaq imposed what we understand to be a T12 trading halt. The position is currently held through accounts at Cobra Trading and Guardian Trading, and borrow fees continue to accrue while trading remains suspended.

We are seeking counsel regarding potential options to address the ongoing borrow costs, evaluate our rights under the securities lending arrangements, assess possible avenues for sourcing shares to cover the position, and better understand the status and potential duration of the Nasdaq halt.

Thank you for your time, and I look forward to hearing from you.

Best regards,

Frank Stagg
(786)-683-8086
FS@investDIG.com
This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

 **This message needs your attention**

• This is their first email to your company.