United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

KINGBIRD VENTURES LLC,
*Plaintiff,*

§
§
§

V.

§

CIVIL ACTION NO. 4:26cv5000

§
§

INNO HOLDINGS INC., ET AL.,
*Defendants.*

§
§

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 10, 2026 (Dkt. 42), to which no party objected, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendants, Inno Holdings, Inc. and Ding Wei's Emergency Motion to Modify Temporary Restraining Order (Dkt. 9), Plaintiff, Kingbird Ventures, LLC's Emergency Motion and Amended Emergency Motion to Extend TRO (Dkt. 24 and 25) and Defendants, Inno Holdings, Inc. and Ding Wei's Motion to Vacate TRO (Dkt. 26) are **DENIED**.

**SIGNED** at Houston, Texas this __6th__ day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE