United States District Court
Southern District of Texas
**ENTERED**
September 15, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KINGBIRD VENTURES, LLC, *Plaintiff,* | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:26-CV-5000 |
| | § | |
| INNO HOLDINGS, INC., ET AL., *Defendants.* | § | |
| | § | |

**MEMORANDUM AND RECOMMENDATION**

On June 24, 2026, Plaintiff in this securities fraud case filed an Emergency Ex Parte Application for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery. ECF 2. On June 25, 2026, the District Judge granted Plaintiff's application for a TRO, which expired by its own terms on July 9, 2026. Plaintiff's motions for expedited discovery have been resolved. *See* ECF 56, 57, 58. Plaintiff's application for a Preliminary Injunction remains pending.

Plaintiff sought a preliminary injunction due to alleged irreparable harm caused by the Nasdaq T12 halt on trading Inno Holding shares. ECF 2; ECF 51. Nasdaq lifted the T12 halt on July 30, 2026, and trading has resumed. ECF 52 (citing nasdaq.com announcements). Plaintiff's application for a preliminary injunction is now moot. Therefore, the Court RECOMMENDS that Plaintiff's application for a preliminary injunction (ECF 2) be DENIED.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on September 15, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge