United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KINGBIRD VENTURES, LLC, *Plaintiff,* | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:26-CV-5000 |
| | § | |
| INNO HOLDINGS, INC., ET AL., *Defendants.* | § | |
| | § | |

## ORDER

Before the Court is the parties' Joint Stipulation Regarding Extension of Date for the Inno Holdings Defendants to Respond to Plaintiff's Amended Class Action Complaint.[1] ECF 62. Also before the Court are Defendant Inno Holdings Inc.'s Rule 12(b)(6) Motion to Dismiss (ECF 54) and Defendant Ding Wei's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) and Joinder in Inno Holdings Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF 55). It is therefore

ORDERED that the deadline for Inno Holdings, Inc. and Ding Wei (the Inno Holdings Defendants) to answer, move, or otherwise respond to the Amended Class Action Complaint is postponed until a date to be agreed upon between the Inno

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 7.

Holdings Defendants and the lead plaintiff's counsel once appointed by the Court. It is further

ORDERED that the Inno Holdings Defendants' pending Motions to Dismiss (ECF 54; ECF 55) are TERMINATED as moot without prejudice to refiling in light of the First Amended Class Action Complaint (ECF 60) and the parties' Stipulation (ECF 62).

The Inno Holdings Defendants are hereby notified that it is Judge Lake's usual practice to allow only one dispositive motion per party, except as to matters of jurisdiction. If Defendants file a motion to dismiss and it is denied, they will not be permitted to file a motion for summary judgment on the same grounds.

Signed on September 25, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge