United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KINGBIRD VENTURES, LLC, *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:26cv5000 |
| | § | |
| INNO HOLDINGS, INC. ET AL., | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 15, 2026 (Dkt. 59) and no party having filed objections, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court and Plaintiff's application for a preliminary injunction (Dkt. 2) is **DENIED**.

**SIGNED** at Houston, Texas this 30th day of September, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE