**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**KINGBIRD VENTURES LLC,**
***Plaintiff*,**

**v.** **CASE NO. 4:26-cv-05000**

**INNO HOLDINGS INC., et al,**
***Defendants.***

**NOTICE OF PUBLICATION OF NOTICE OF PENDENCY OF ACTION**

Plaintiff Kingbird Ventures LLC files this Notice of Publication of Notice of Pendency of Action (the "Notice") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). 15 U.S.C. § 78u-4(a)(3)(A). A copy of the Notice is attached hereto as Exhibit A. That is, pursuant to the PSLRA on October 12, 2026, undersigned caused the Notice to be published that advises members of the putative class of a **December 11, 2026** deadline to seek appointment as Lead Plaintiff in the action.[1]

Dated this 12th day of October 2026.

**DYKEMA GOSSETT PLLC**

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Florida Bar No. 0193968
Texas Bar No. 24151965
SDTX Federal Bar No. 3934304
Attorney in Charge for Plaintiff
1717 Main Street, Suite 4200
Dallas, Texas 75201
T: (214) 462-6400/ F: (214) 462-6401
TEggers@dykema.com

[1] Notice can be found at https://www.globenewswire.com/news-release/2026/10/12/3379195/0/en/dykema-gossett-pllc-and-ainsworth-clancy-pllc-encourage-investors-of-inno-holdings-inc-who-suffered-losses-to-contact-the-firm-before-december-11-2026.html.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2026, a true and correct copy of the foregoing document was transmitted via the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS