# EXHIBIT A

***Quelle:*** *Ainsworth & Clancy, PLLC*

*Oktober 12, 2026 14:56 ET*

EXHIBIT A

# Dykema Gossett PLLC and Ainsworth + Clancy, PLLC Encourage Investors of Inno Holdings, Inc. Who Suffered Losses to Contact the Firm Before December 11, 2026.

## NOTICE OF PENDENCY AND DEADLINE TO MOVE TO SERVE AS LEAD PLAINTIFF

HOUSTON, Oct. 12, 2026 (GLOBE NEWSWIRE) -- **TO: ALL PERSONS OR ENTITIES WHO, DURING REGULAR TRADING HOURS ON JUNE 8, 2026, SOLD SHORT SHARES OF INNO HOLDINGS INC. COMMON STOCK (NASDAQ: INHD); WHOSE SHORT POSITIONS REMAINED OPEN DURING THE NASDAQ T12 TRADING HALT; WHO COVERED THOSE POSITIONS AFTER TRADING RESUMED ON JULY 31, 2026; AND WHO SUSTAINED A NET ECONOMIC LOSS AFTER OFFSETS.**

On June 24, 2026, a Complaint was filed in the United States District Court for the Southern District of Texas, Houston Division, *Kingbird Ventures LLC v. Inno Holdings Inc., et al.*, No. 4:26-cv-05000. An Amended Class Action Complaint was filed on September 21, 2026.

The purported class and class period includes all persons and entities who sold short shares of INHD during regular trading hours on June 8, 2026, whose short positions remained open during the Nasdaq T12 trading halt, who covered those positions after trading resumed on July 31, 2026, and who suffered a net loss after offsets.

The complaint alleges a scheme to create the appearance of active trading in INHD through a concentrated float, coordinated June 8, 2026 transactions, and related disclosures, and asserts claims under Section 10(b) of the Securities Exchange Act of 1934, Rule 10b-5, and Section 9(a)(2). It seeks damages and other relief. No court has found liability or certified a class.

**IF YOU ARE A MEMBER OF THE PURPORTED CLASS, YOU MAY MOVE THE COURT TO SERVE AS LEAD PLAINTIFF NO LATER THAN 60 DAYS FROM THE DATE ON WHICH THIS NOTICE IS PUBLISHED.**

Under 15 U.S.C. § 78u-4(a)(3), the Court will appoint as lead plaintiff the member or members it determines most capable of adequately representing the class. The statute presumes that the most adequate plaintiff is the person or group that has filed the complaint or a timely motion, has the

largest financial interest in the relief sought, and otherwise satisfies Rule 23 of the Federal Rules of Civil Procedure. The lead plaintiff may, subject to Court approval, select counsel for the class.

File any motion with the Clerk, United States District Court for the Southern District of Texas, Houston Division, 515 Rusk Street, Houston, TX 77002, referencing Case No. 4:26-cv-05000, no later than 60 days from the date on which this notice is published. Contact plaintiff's counsel for a copy of the complaint:

EXHIBIT A

**Do not contact the Court with questions about this notice.**